IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

| | |  |
|---|---|---|
| WILLIE DARRISAW, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 323-091 |
| | ) | |
| JOHNSON COUNTY SHERIFF'S DEPARTMENT; JERONMEY DARRISAW; and RAYMOND GARNER, | ) ) ) ) | |
| Defendants. | ) | |

**O R D E R**

On January 12, 2024, the Court recommended Plaintiff's amended complaint be dismissed for failure to state a claim upon which relief can be granted and further recommended any potential state law claims be dismissed without prejudice. (See doc. no. 15.)  On January 17, 2024, the Clerk of Court docketed a notice of change of address in which Plaintiff states he was transferred from Georgia Diagnostic & Classification Prison, where the Court's January 12th recommendation had been served, to Bacon Probation Detention Center.  (Doc. no. 17.)  Accordingly, the Court **DIRECTS** the **CLERK** the re-serve the January 12th Report and Recommendation, as well as the accompanying Orders, (doc. nos. 14-16), on Plaintiff at his new address.  The **CLERK SHALL ALSO SERVE** Plaintiff's new custodian with the Order directing installment payments of the filing fee.  (Doc. no. 14.)  The Court extends the deadline for objecting to the January 12th recommendation until February 5, 2024.

SO ORDERED this 17th day of January, 2024, at Augusta, Georgia.

_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA