IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | |
|---|---|
| WILLIE DARRISAW, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CV 323-091 |
| ) | |
| JOHNSON COUNTY SHERIFF'S ) | |
| DEPARTMENT; JERONMEY DARRISAW; ) | |
| and RAYMOND GARNER, ) | |
| ) | |
| Defendants. ) | |

### ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. (Doc. no. 19.) Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DISMISSES** Plaintiff's amended complaint for failure to state a claim upon which relief may be granted, **DISMISSES WITHOUT PREJUDICE** any potential state law claims, and **CLOSES** this civil action.

SO ORDERED this 26th day of February, 2024, at Augusta, Georgia.

UNITED STATES DISTRICT JUDGE