AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

WILLIE DARRISAW,

JUDGMENT IN A CIVIL CASE

V.

CASE NUMBER: 3:23-cv-91

JOHNSON COUNTY SHERIFF'S DEPARTMENT,

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order of the Court dated February 26, 2024, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.  Plaintiff's amended complaint is DISMISSED for failure to state a claim upon which relief may be granted and any potential state law claims are DISMISSED WITHOUT PREJUDICE. This case stands closed.



02/26/2024
Date

John E. Triplett, Clerk of Court
Clerk

*Tricha Kerr*
(By) Deputy Clerk

GAS Rev 10/2020